bray. B. Steinhardt, for appellant. L. H. Porter, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MULHOLLAND v. BAILEY. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Chester H. Mulholland against William F. Bailey. No opinion. Motion granted, without costs, unless case is settled and printed papers served on or before April 10th, in which case motion denied.

MURNANE, Appellant, v. J. H. WILLIAMS & CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Thomas Murnane against J. H. Williams & Co. No opinion. Judgment unanimously affirmed, with costs.

MURPHY, Respondent, v. CUFF, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by John Murphy against Edward Cuff.

PER CURIAM. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted; this court certifying that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals.

MURPHY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Joseph A. Murphy, as executor, etc., of Edward Johnson, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Motion granted, on the authority of Cox v. New York Central & Hudson River Railroad Company, 63 N. Y. 414.

In re NEKARDA. (Supreme Court, Appellate Division, First Department. February 24, 1905.) In the matter of Francis J. Nekarda. No opinion. Motion for order to show cause granted.

NELSON et al., Appellants, v. SOUTHARD et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Zachariah O. Nelson and Walter H. Nelson against Austin J. Southard and J. Milton Southard. No opinion. Interlocutory judgment affirmed, with costs.

NESTLER v. GERMANIA FIRE INS. CO. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Jacob Nestler against the Germania Fire Insurance Company. No opinion. Motion denied, with $10 costs.

NEUBRECH, Respondent, v. LAWRENCE, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Charles Neubrech against William V. Lawrence, impleaded. No opinion. Judgment affirmed, with costs.

NEW ENGLAND PHONOGRAPH CO., Appellant, v. IVES et al., Respondents. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by the New England Phonograph Company against Brayton V. Ives and others. J. W. Purdy, for appellant. L. Hicks, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

NEW YORK CARBONIC ACID GAS CO., Respondent, v. GEYSERS NATURAL CARBONIC ACID GAS CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by the New York Carbonic Acid Gas Company against the Geysers Natural Carbonic Acid Gas Company.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., dissents. HOUGHTON, J., not sitting.

NEW YORK WATER CO., Respondent, v. BOARD OF WATER COM'RS OF CITY OF YONKERS, Appellant. (No. 1.) (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by the New York Water Company against the board of water commissioners of the city of Yonkers. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

NEW YORK WATER CO., Respondent, v. BOARD OF WATER COM'RS OF CITY OF YONKERS, Appellant. (No. 2.) (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by the New York Water Company against the board of water commissioners of the city of Yonkers. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

In re NEW YORK & BROOKLYN BRIDGE. Ex parte ABEL. (Supreme Court, Appellate Division, First Department. March 10, 1905.) In the matter of the New York & Brooklyn Bridge. Ex parte Samuel V. Abel. No opinion. Order affirmed, with $10 costs and disbursements. See 91 N. Y. Supp. 987.

NICOLL et al., Appellants v. BLAIR et al., Respondents. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Benjamin Nicoll and others against De Witt C. Blair and others. H. Taylor, for appellants. J. Byrne, for respondents. No opinion. Judgment affirmed, with costs.

NORMAN, Respondent, v. LOOMIS–MANNING FILTER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by F. Stout Norman against the Loomis-Manning Filter Company. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

NORTH, Respondent, v. NORTH, Appellant. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) Action by Rosa North against Samuel North.

PER CURIAM. Orders affirmed, with $10 costs and disbursements.

HOOKER, J., not voting.